IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KIMBERLY L. DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>CHATHAM AREA TRANSIT AUTHORITY,<br><br>    Defendant. | Case No. _____<br><br>Removed from the<br>State Court of Chatham County<br>Civil Action No. STCV24-00923 |

## NOTICE OF REMOVAL

Under the provisions of 28 U.S.C. §§ 1331, 1441, and 1446, CHATHAM AREA TRANSIT AUTHORITY (hereinafter "Defendant") hereby removes above-captioned civil action, filed by Kimberly L. Davis (Plaintiff), from the State Court of Chatham County, Georgia, to the United States District Court for the Southern District of Georgia, Savannah Division. Removal is proper under 28 U.S.C. § 1331 because Plaintiff has asserted a claim arising under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12132, 12148, and 12184.  Plaintiff's claims are removable because her Complaint alleges a Federal Question.  In support of this removal, Defendants show the Court as follows:

### STATEMENT OF THE CASE

1. Plaintiff Kimberly Davis commenced this action by filing a complaint (the "Complaint") on April 14, 2021, in the State Court of Chatham County, Georgia, Civil Case Number STCV24-00923 (the "State Court Action"). On June 13, 2024, Plaintiff filed an Amended Complaint asserting a new claim under the Americans with Disabilities Act (ADA).  A true and correct copy

of all pleadings, process, and orders in Defendants' possession (including the Summons and Complaint) are attached hereto as *Exhibit A*.

2. In the Amended Complaint, Plaintiff asserts claims of negligence on the part of a Chatham Area Transit para-transit vehicle operator and a claim under the Americans with Disabilities Act (ADA) against Defendant. The negligence claim relates to an incident on November 19, 2023. Plaintiff's ADA claim asserted under 42 U.S.C. § 12184 that Defendant discriminated against her unlawfully by way of a "discriminatory and retaliatory ban" on May 21, 2024, due to "deliberate indifference". *Ex. A*, Pl.'s Am. Compl. ¶¶ 29-33.

3. Defendants have filed Answers to Plaintiff's Complaint and Amended Complaint. A true and correct copy of Defendants' filings are attached hereto and included in as *Exhibit A*.

### PROCEDURAL REQUIREMENTS HAVE BEEN MET

4. Under 28 U.S.C. § 1446(b), this Notice of Removal must be filed within 30 days of service of the Complaint or 30 days after an Amended Complaint asserts a new claim which provides a basis for removal. Because Plaintiff's Amended Complaint was filed on June 13, 2024, Removal is timely.

5. Concurrent with the filing of this Notice, Defendant is serving this Notice of Removal on Plaintiff and filing a copy of this Notice of Removal with the Clerk of the State Court of Chatham County, Georgia. A copy of the Notice of Removal filed with the State Court of Chatham County, exclusive of attachments, is attached hereto as *Exhibit B*.

6. Defendant is the only named defendant to this action; therefore, there are no other defendants which would need to consent to this removal. 28 U.S.C. § 1446(b)(2)(A).

7. The United States District Court for the Southern District of Georgia, Savannah Division, embraces Chatham County, the county in which the State Court Action is now pending. Venue is therefore proper for this Notice of Removal under 28 U.S.C. §§ 90(a)(2) and 1446(a).

## FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. § 1331

8. Plaintiffs' Complaint alleges violations of Title III of the Americans with Disabilities Act of 1990 (ADA), codified at 42 U.S.C.A. §§ 12181 *et seq.* (Ex. A, Pls.' Compl. ¶¶ 29-37).

9. Because Plaintiffs have alleged a claim under a Federal Statute, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

## CONCLUSION

All the requirements of 28 U.S.C. §§ 1331, 1441, and 1446 have been satisfied. Notice is hereby given that, for the reasons stated herein, this Court has jurisdiction over this action, and this action is removed from the State Court of Chatham County, State of Georgia, to the United States District Court for the Southern District of Georgia, Savannah Division.

By this Notice of Removal, Defendant does not waive any objections it may have as to service, jurisdiction, venue, or any other defenses or objections it may have in this action. Defendant intends no admission of fact, law, or liability by this Notice and expressly reserves all defenses, motions, and/or pleas.

Respectfully submitted, this 15th day of July, 2024.

HALL BOOTH SMITH, P.C.

s/ *R. Wells Littlefield III*
R. WELLS LITTLEFIELD III
Georgia Bar No. 335211
BUBBA B. DUNN
Georgia Bar No. 270670
*Attorneys for Defendant*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
PH:   (912) 554-0093
Fax:  (912) 554-1973
rlittlefield@hallboothsmith.com
bdunn@hallboothsmith.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KIMBERLY L. DAVIS,<br><br>            Plaintiff,<br><br>     v.<br><br>CHATHAM AREA TRANSIT AUTHORITY,<br><br>            Defendant. | Case No. _____<br><br>Removed from the<br>State Court of Chatham County<br>Civil Action No. STCV24-00923 |

## NOTICE OF REMOVAL

    I hereby certify that I electronically filed the foregoing **Notice of Removal** with the Clerk of Court for the United States District Court for the Southern District of Georgia, Savannah Division, by using the CM/ECF system which will send a notification of electronic filing to all Parties or to their counsel of record.  I hereby certify that I also served a true and correct copy of the foregoing **Notice of Removal** via United States Mail and e-mail to the Plaintiff's Counsel:

Gary M. Tiller, Esq.
MORGAN & MORGAN, P.A.
200 Stephenson Avenue, Ste. 200
Savannah, Georgia 31405
gtiller@forthepeople.com
*Counsel for Plaintiff*

    This <u>15th</u> day of July, 2021.

                                                                                          HALL BOOTH SMITH, P.C.

                                                                            **s/ *R. Wells Littlefield III***
                                                                            R. WELLS LITTLEFIELD III

3528 Darien Highway, Suite 300              Georgia Bar No. 335211
Brunswick, Georgia 31525                      *Attorney for Defendant*
PH:    (912) 554-0093
Fax:   (912) 554-1973
rlittlefield@hallboothsmith.com