**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

KIMBERLY L. DAVIS,

     Plaintiff,

     v.

CHATHAM AREA TRANSIT AUTHORITY,

     Defendant.

CIVIL ACTION NO.: 4:24-cv-146

**O R D E R**

On June 8, 2026, the parties, through their counsel, advised the Court that this matter has been resolved through settlement.  (See doc. 25.)  The parties state that they have "reached a settlement in principle and are merely waiting on the signing of an agreed release agreement." (Id. at p. 1.)  Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action.  See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within **forty-five (45) days** of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement.  In the alternative, the parties may simply file a joint stipulation of dismissal.  If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within **forty-five (45)**

**days**, the Court will *sua sponte* dismiss the case with prejudice.  <u>Kokkonen v. Guardian Life Ins.</u>

<u>Co. of Am.</u>, 511 U.S. 375, 381–82 (1994).

      **SO ORDERED**, this 11th day of June, 2026.

 

_____

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA